IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| FREE AND FAIR ELECTION FUND, et al., | ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 16-04332-CV-C-ODS ) |
| MISSOURI ETHICS COMMISSION, et al., | ) ) ) |
| Defendants. | ) ) |
| | |
| MISSOURI ELECTRIC COOPERATIVES, d/b/a Association of Missouri Electric Cooperatives, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 17-04006-CV-C-ODS ) |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On February 3, 2017, the Court held a telephone conference with the parties. After hearing from the parties, the Court consolidates these matters because they involve common questions of law and fact. *See* Fed. R. Civ. P. 42(a)(2). All future filings for the consolidated cases shall be made under Case No. 16-04332-CV-C-ODS.

In Case No. 16-04332-CV-C-ODS, Defendants' motion for extension of time is pending. Doc. #21. Defendants shall file their response to Plaintiffs' motion for a preliminary injunction on or before February 13, 2017. Thereafter, Plaintiffs' reply suggestions in support of their motion shall be filed no later than February 21, 2017.

In Case No. 17-04006-CV-C-ODS, Plaintiffs' motion for preliminary injunction is ripe for consideration. Doc. #14. However, during the Court's telephone conference,

Defendants expressed a desire to file an amended response in that matter. The Court grants Defendants leave to do so, and orders Defendants to file their amended response by February 13, 2017. Plaintiffs' reply shall be filed no later than February 21, 2017.

A consolidated hearing on Plaintiffs' motions for preliminary injunction will commence at 9:00 a.m. on March 3, 2017 in Courtroom 4B of the United States Courthouse in Jefferson City, Missouri. To the extent the parties wish to engage in discovery, discovery should be completed by February 24, 2017. The parties shall file their exhibit lists and witness lists on or before February 24, 2017. The parties shall provide two courtesy copies of their exhibits to Chambers on or before February 24, 2017. The parties shall file proposed findings of fact and conclusions of law on or before February 24, 2017, and email a copy in Microsoft Word format to the Courtroom Deputy at Renea_Mitra@mow.uscourts.gov. Additionally, the parties shall inform the Court, by February 24, 2017, whether the hearing will be limited to Plaintiffs' motions for preliminary injunction, or whether the hearing will be converted to a hearing on Plaintiffs' request for a permanent injunction.

IT IS SO ORDERED.

DATE: February 6, 2017

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT